No. 44686.—Protests 739434–G, etc., of A. Hirschberger (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise involved is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.